ACCEPTED
01-14-01035-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 2:49:55 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01035-CR

IN THE

COURT OF APPEALS FOR THE

FIRST DISTRICT OF TEXAS

IN HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 2:49:55 PM
CHRISTOPHER A. PRINE
Clerk

---

JULIA JUAREZ                                                    APPELLANT

v.

THE STATE OF TEXAS                                             APPELLEE

---

### APPELLANT'S MOTION FOR EXTENSION
### OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, JULIA JUAREZ, Appellant in the above entitled and numbered cause, and files this Motion for Extension of Time in which to file her brief and as grounds for the granting of this motion would show unto the Court as follows:

(1)     This cause was styled State of Texas v. JULIA JUAREZ and numbered Cause No. 1422760 in the 230th District Court of Harris County, Texas.

(2)     Appellant was convicted of Manslaughter on her plea of guilty and punishment was assessed at 14 years in the Texas Department of Criminal Justice by the Court after a pre-sentencing investigation.

(3)     Sentence was imposed on December 22, 2014. A motion for new trial was filed.

(4)     Notice of Appeal was filed on December 22, 2014.

(5)     The record was filed on April 22, 2015.

(6)     The brief is due on May 22, 2015.

(7)     This is Appellant's First Motion for Extension of Time to file her brief.

(8)     An additional thirty (30) days is required for filing the brief or until June 21, 2015.

(9)     The facts relied on to reasonably explain the need for additional time to file the brief

are as follows:

> "Due to circumstances beyond Appellant's control, she is unable to complete the brief by the due date. Appellant's counsel is unable to complete the brief in a timely fashion because the District Courts of Harris County and Courts of Appeal have given priority to completion of other work prior to the date on which the brief is due. Further, it is anticipated that the brief will involve complex legal issues requiring thorough evaluation. Additional time is therefore needed to provide Appellant with effective assistance of counsel on appeal.

(10)    Appellant will suffer irremediable harm if the Court will not grant this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this motion and extend the deadline for filing Appellant's brief until June 21, 2015.

Respectfully submitted,

MICHAEL P. FOSHER
ATTORNEY AT LAW

By: _____

Michael P. Fosher
State Bar No.: 07280300
The Lyric Centre
440 Louisiana, Ste. 1200
Houston, Texas 77002-1636
(713) 221-1810
michael@fosherlaw.com
ATTORNEY FOR APPELLANT

2

STATE OF TEXAS        §
                      §
                      §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, personally appeared MICHAEL P. FOSHER, who being by me first duly sworn, deposed and stated as follows:

"My name is Michael P. Fosher, and I am the attorney appointed to represent JULIA JUAREZ on appeal. I have read and understand the content of the foregoing motion and state that the same is true and correct to the best of my knowledge and belief."

_____
Michael P. Fosher

SWORN TO AND SUBSCRIBED before me this 19th day of May,

2015.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MY COMMISSION EXPIRES: 1-21-2017

LEIGH CASTILLO
MY COMMISSION EXPIRES:
January 21 2017

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing motion was served upon Alan Curry, curry_alan@dao.hctx.net, District Attorney of Harris County, Appellant Division, 1201 Franklin, Houston, Texas 77002, facsimile no. 713-755-5809 at the time of filing as per local rule.

_____
Michael P. Fosher